# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2552

_____

Judith A. Harvey,

*Plaintiff - Appellant*,

v.

Ozark Community Hospital, (OCH) Health System; Paul Taylor, CEO (OCH)
Ozark Community Hospital Health System, in his official capacity only; Mark
Glover, Psychologist, in his official capacity only,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: April 12, 2018
Filed: April 30, 2018
[Unpublished]

_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Judith Harvey appeals the district court's[1] dismissal of her age discrimination action for failure to exhaust administrative remedies. After careful review, we find Harvey has presented no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

—————————————————

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.